**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**

**VS.** **CAUSE NO: 3:25-cr-00138-DPJ-ASH**

**JABRECO REMBERT**

# MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, Jabreco Rembert, by and through his attorney, Shaun E. Yurtkuran, and moves this Honorable Court to continue the sentencing presently set for September 24, 2026, and in support thereof would show unto the Court the following:

1. The Defendant entered a plea of guilty before this Court on June 9, 2026.
2. Sentencing is presently scheduled for September 24, 2026.
3. On August 13, 2026, the Defendant and undersigned counsel met with the United States Probation Office in connection with the preparation of the Defendant's Presentence Investigation Report.
4. During that meeting, undersigned counsel was informed that the United States Probation Office would not be able to complete the Presentence Investigation Report in sufficient time for the sentencing presently scheduled for September 24, 2026.
5. Accordingly, additional time is necessary to allow the United States Probation Office to complete the Presentence Investigation Report and to allow the parties sufficient time to review the report prior to sentencing as contemplated by Rule 32 of the Federal Rules of Criminal Procedure.

6. This request is not made for purposes of delay, but to allow for the completion of the Presentence Investigation Report and to ensure that the parties and the Court have sufficient time to review the report prior to sentencing.

7. The Government has no objection to this motion.

**WHEREFORE, PREMISES CONSIDERED**, Defendant Jabreco Rembert respectfully requests that this Court continue the sentencing presently scheduled for September 24, 2026, and reset sentencing for a date convenient to the Court following completion of the Presentence Investigation Report.

Respectfully submitted this the 19th day of August, 2026.

**JABRECO REMBERT, DEFENDANT**

BY: Shaun Yurtkuran

**SHAUN E. YURTKURAN**
MSB #101827
THE YURTKURAN LAW FIRM PLLC
771 NORTH CONGRESS STREET
JACKSON, MS 39202
(601) 862-1320
shaun@onetextlaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of August, 2026, a true and correct copy of the foregoing *Motion to Continue Sentencing Hearing* was served on all interested parties via the USDC CM/ ECF system.

Shaun Yurtkuran
SHAUN E. YURTKURAN